Kevin M. Cuddy (Bar No. 0810062)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
kevin.cuddy@stoel.com

Christopher Ward (IL Bar No. 6298759)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: (312) 832-4500
Facsimile: (832) 832-4700
cward@foley.com
*Admitted pro hac vice*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AIRCRAFT SERVICE INTERNATIONAL, INC. dba AIRCRAFT SERVICE INTERNATIONAL GROUP and ASIG, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, DISTRICT LODGE 160 and ANCHORAGE LOCAL LODGE NO. 1690,<br><br>Defendants. | Case No. 3:17-CV-00167-HRH<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

*ASIG v. International Association of Machinists, Case No. 16-cv-177*
*Notice of Voluntary Dismissal*
- 1

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Aircraft Service International, Inc. ("ASIG") hereby submits this Notice of Voluntary Dismissal Without Prejudice. Defendants have neither answered the Complaint nor filed a motion for summary judgment, and ASIG therefore has the ability to dismiss this matter without prejudice as a matter of right under Rule 41(a)(1)(A)(i).

DATED: September 8, 2017         STOEL RIVES LLP
                                 FOLEY & LARDNER LLP


                                 By: s/ Christopher Ward
                                     Kevin M. Cuddy
                                     (Bar No. 0810062)
                                     Christopher Ward
                                     (IL Bar No. 6298759)

                                     *Attorneys for Plaintiff*

**STOEL RIVES LLP**
510 L Street, Suite 500, Anchorage, AK 99501
*Main (907) 277-1900 Fax (907) 277-1920*

*ASIG v. International Association of Machinists, Case No. 16-cv-177*
*Notice of Voluntary Dismissal*
- 2
4831-4909-9855.1

Case 3:17-cv-00167-HRH   Document 55   Filed 09/08/17   Page 2 of 2